# J S - 6

**UNITED STATES DISTRICT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHYSICIAN LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEST AMERICAN INSURANCE COMPANY; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.:  8:24-cv-00372-JGB-KES <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 10, 2025

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

---

1

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

123827226.1